**Order entered May 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00118-CV

### RMAX OPERATING, LLC, Appellant

### V.

### GAF MATERIALS CORPORATION OF AMERICA, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04125**

## ORDER

We **GRANT** the court reporter's May 10, 2016 motion for an extension of time to file the reporter's record and extend the time to **JUNE 10, 2016**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE